UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD MAYNARD, et al.,

    Plaintiffs,

v.

MODERN INDUSTRIES, INC.,
d/b/a Modern Concrete, et al.,

    Defendants.

Case No. 18-cv-12523
Hon. Matthew F. Leitman

---

| GOLD STAR LAW, P.C. | SHEDD-FRASIER PLC |
|---|---|
| Attorneys for Plaintiffs | Attorneys for Defendants |
| By:   Caitlin E. Malhiot (P76606) | By:   Amy J. DeNise (P54138) |
|         Maia Johnson Braun (P40533) | 111 E. Court Street |
|         Joshua P. Cecil (P71442) | Suite 2C3 |
| 2701 Troy Center Dr., Suite 400 | Flint MI 48502 |
| Troy, MI 48084 | 810-732-8500 |
| 248-275-5200 | adenise@sfglaw.net |
| cmalhiot@goldstarlaw.com | |
| mjohnson@goldstarlaw.com | |
| jcecil@goldstarlaw.com | |

---

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF
SETTLEMENT AND DISMISSING CASE WITH PREJUDICE
<u>AND WITHOUT COSTS</u>**

     This matter having come before the Court upon a Joint Motion for Approval of Settlement, the Court having reviewed the Motion, along with a redacted copy of the Settlement Agreement filed in the public record of this case and an

1

unredacted copy of the Settlement Agreement filed under seal, and the Court being otherwise fully advised, the Court makes the following findings and order:

THE COURT FINDS:

1. It is appropriate to redact the settlement amount of the Settlement Agreement only, consistent with Judge Terrence G. Berg's decision in *Athan v. US Steel Corp.*, 523 F. Supp 3d 960, 2021 U.S. Dist. LEXIS 39617 (ED Mich. 2021); therefore, the filing of the redacted Settlement Agreement is accepted.

2. The parties are resolving a bona fide dispute.

3. The Settlement Agreement is made in good faith and is the result of arms' length negotiations by the parties.

4. The settlement is fair and reasonable.

5. There is no evidence of fraud or collusion in the parties' settlement.

THE COURT HEREBY ORDERS:

The Joint Motion for Approval of Settlement is granted and the settlement is approved for the reasons stated above and as stated in greater detail on the record;

Pursuant to the Joint Motion, this matter is hereby dismissed with prejudice and without costs.

/s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: March 30, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 30, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
